FILED
2006 Jul-17  PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

ALLSTATE INSURANCE COMPANY,
as subrogee of Steve and Janette Brasher,
and STEVE and JANETTE BRASHER

    Plaintiffs,

v.                                      Case No. CV-06-P-0752-S

WHIRLPOOL CORPORATION,
a foreign corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW, the Plaintiffs, ALLSTATE INSURANCE COMPANY, as subrogee of Steve and Janette Brasher, and STEVE and JANETTE BRASHER, by and through their undersigned counsel and hereby advises this Honorable Court that all matters in dispute between the Plaintiffs and the Defendant, WHIRLPOOL CORPORATION have been amicably resolved.

                        Respectfully submitted,

                        BY: /s/ Melissa M. Stowe
                            Melissa M. Stowe
                            *Attorneys for Plaintiffs*

GROTEFELD & DENENBERG, LLC.
8181 WEST BROWARD BOULEVARD, SUITE 380
PLANTATION, FLORIDA 33324
T: (954) 916-4780
F: (954) 916-4785

Allstate a/s/o Brashers et al. v. Whirlpool
Case Number: CV-06-P-0752-S
-------------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that on July 17, 2006, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and we hereby certify that, to the best of our knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

Lee M. Pope, Esq.
T. Charles Fry, Jr., Esq.
Johnston, Barton, Proctor & Powell, LLP.
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

        Respectfully submitted,

        ALLSTATE INSURANCE COMPANY,
        as Subrogee of Steve and Janette Brasher,
        and STEVE AND JANETTE BRASHER

         /s/ Melissa M. Stowe, Esq.
        One of its Attorneys

Michael Douglas, Esq.
Friedman, Leak, Dazzio,
 Zulanas & Bowling, P.C.
3800 Colonnade Parkway, Suite 650
Birmingham, AL  35243
Alabama Bar No.: DOU011

&

Melissa M. Stowe, Esq.
Grotefeld & Denenberg, LLC.
8181 W. Broward Blvd., Suite 380
Plantation, Florida  33324
Florida Bar No.: 0520861

**Allstate a/s/o Brashers et al. v. Whirlpool**
**Case Number: CV-06-P-0752-S**
-------------------------------------------------------------------------------

#31342